FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 10 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PREMDATT BUDHIAL and RAJKUMARIE
BUDHIAL,

                            Plaintiffs,

                            ORDER
                            13-cv-7101 (NG)

   - against -

KOREAN AIR LINES, CO., LTD., *d/b/a*
KOREAN AIR CARGO,

                            Defendant.
------------------------------------------------------------------x

**GERSHON, United States District Judge:**

The court has reviewed the Report and Recommendation of the Honorable Lois Bloom, magistrate judge, which recommended that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 16(f), 37(b)(2)(A)(v), and 41(b) for plaintiff's failure to prosecute and for plaintiff's failure to comply with court orders. No objections to the Report and Recommendation have been filed. Finding no clear error in Judge Bloom's analysis, the court adopts the Report and Recommendation in its entirety and dismisses this action with prejudice.

SO ORDERED.

Date:  June 30, 2015
         Brooklyn, NY

                                            s/Nina Gershon
                                            NINA GERSHON
                                            United States District Judge